# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:09-855-005* (TLW)</u> |
| | ) | USM No: <u>18150-171</u> |
| -versus- | ) | <u>Pro se</u> |
| | ) | Defendant's Attorney |
| **Marlon Eugene Hasty,** | ) | |
| a/k/a/ "Fish" | ) | |
| | ) | |
| Date of Previous Judgment: <u>June 25, 2010</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**AMENDED Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

       Upon motion of ■ <u>the defendant</u> ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED** <u>(Docs. # 327 & # 332)</u>**.**  This case does not qualify because the Chapter Four Enhancements override Chapter Two.  The Defendant is a career offender.

**IT IS SO ORDERED**.

Order Date:    <u>May 2, 2012</u>                                             <u> s/ Terry L. Wooten </u>
                                                                                                 *Judge's signature*

Effective Date:                                                                    <u>Terry L. Wooten, United States District Judge</u>
*(if different from above)*

*Amendment due to clerical/typographical error only in case number/defendant number*